```
                                              CLERK'S OFFICE U.S. DIST. COURT
                                                     AT ROANOKE, VA
                                                          FILED
           IN THE UNITED STATES DISTRICT COURT      SEP 2 0 2007
           FOR THE WESTERN DISTRICT OF VIRGINIA
                    ROANOKE DIVISION              JOHN F. CORCORAN, CLERK
                                               BY:
                                                        DEPUTY CLERK
```

ALBERT WENDELL SWEENEY, )
    Plaintiff, ) Civil Action No. 7:07-cv-00442
 )
v. ) **FINAL ORDER**
 )
MR. MULLINS, ) By: Hon. James C. Turk
    Defendant. ) Senior United States District Judge

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. §1915A(b)(1), and stricken from the active docket of the court.

The Clerk is directed to send copies of this order and the accompanying memorandum opinion to plaintiff.

ENTER: This 20th day of September, 2007.

                                /s/ James C. Turk
                                Senior United States District Judge